**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CAPITAL CONSTRUCTION** | ) | |
| **CONSULTANTS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.** _____ |
| | ) | |
| **DESIGNER'S SPECIALTY CABINET** | ) | |
| **COMPANY, INC. dba** | ) | |
| **Designer's Specialty Millwork** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441(b) & 1446, Defendant Designer's Specialty Cabinet Company, Inc. dba Designer's Specialty Millwork ("Designer's Specialty" or "Defendant") by counsel gives notice of its removal to the United States District Court for the District of Columbia of this proceeding, filed in the Superior Court of the District of Columbia, Civil Division, under the caption *Capital Construction Consultants, Inc. v. Designer's Specialty Cabinet Company, Inc.*, Case No. 2015 CA 000795 B. Defendant further states:

1.      Plaintiff Capital Construction Consultants, Inc. ("Plaintiff") properly served the complaint in this proceeding on Defendant on June 25, 2015. A copy of all process, pleadings, and orders served in this proceeding is attached to this notice as EXHIBIT A.

2.      As a result, this removal is timely pursuant to 28 U.S.C. § 1446(b)(1).

3.      Plaintiff is a Maryland Corporation with its principal place of business at 403 Firestone Drive, Silver Spring, MD 20036. *See* Complaint at ¶ 4.

4.      Defendant is a Florida Corporation with its principal place of business at 1320 NW 65 Pl., Fort Lauderdale, FL 33309.

5.      The amount in controversy in this case exceeds $75,000. *See* Complaint at ¶ 28.

6.      Given that complete diversity exists between Plaintiff and Defendant, the amount in controversy requirement has been satisfied, and Defendant is not a citizen of the District of Columbia, Defendant removes this case based on federal diversity jurisdiction under 28 U.S.C. § 1332.

7.      In accordance with 28 U.S.C. § 1446(d), Defendant will promptly give written notice of this Notice of Removal to Plaintiff's counsel and file a copy of the same with the Clerk of the Superior Court of the District of Columbia, Civil Division.

Respectfully Submitted,

July 13, 2015,

By Counsel

/s/ Ellis L. Bennett
Ellis L. Bennett
DC Bar # 470959
DUNLAP BENNETT & LUDWIG, PLLC
211 Church Street
Leesburg, VA 20175
Tel:  202-316-8558; 703-777-7319
Fax:  202-318-0242; 703-777-3656
ebennett@dbllawyers.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of July, 2015, the foregoing Notice of Removal was sent by U.S. mail, postage prepaid, to counsel for Plaintiff at the following address:


Christopher W. Mahoney
Daniel A. Kapner
1742 N. Street, NW
Washington, DC 20036
*Counsel for Plaintiff*


/s/ Ellis L. Bennett
Ellis L. Bennett
DC Bar # 470959
DUNLAP BENNETT & LUDWIG, PLLC
211 Church Street
Leesburg, VA 20175
Tel: 202-316-8558; 703-777-7319
Fax: 202-318-0242; 703-777-3656
ebennett@dbllawyers.com

*Attorney for Defendant*